*nia,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Jones's revocation of supervised release and sentence are **AFFIRMED.**

## UNITED STATES of America, Plaintiff–Appellee,

v.

## Willie JONES, Defendant–Appellant.

### No. 06–13639
### Non–Argument Calendar.

United States Court of Appeals, Eleventh Circuit.

Feb. 14, 2007.

Stephen N. Bernstein, Law Office of S.N. Bernstein, Gainesville, FL, for Defendant–Appellant.

E. Bryan Wilson, Tallahassee, FL, for Plaintiff–Appellee.

Before BLACK, MARCUS and WILSON, Circuit Judges.

PER CURIAM:

Stephen N. Bernstein, appointed counsel for Willie Jones, has filed a motion to withdraw on appeal, supported by a brief prepared pursuant to *Anders v. Califor-*